No. 89–7315.   BROWN *v.* TAYLOR ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–7321.   FAVORS *v.* ZANATY, CIRCUIT JUDGE, ALABAMA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89–7323.   ROSA R., ON HER OWN BEHALF AND AS PARENT AND NEXT FRIEND OF HER MINOR CHILD, EDWARD R. *v.* CONNELLY ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–7324.   MCFADDEN *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 89–7325.   MCBRIDE *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–7326.   HOOKS *v.* LYNN, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 89–7329.   KLACSMANN *v.* PRESLEY.   C. A. 11th Cir.   Certiorari denied.

No. 89–7333.   KEMP *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89–7334.   MARTINEZ *v.* HENSLEY, JUDGE, NINTH JUDICIAL DISTRICT COURT, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–7335.   BRANSON *v.* GTE COMMUNICATIONS SYSTEMS CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–7343.   BESTER *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 89–7360.   HOLE *v.* PRELESNIK, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 89–7361.   MASON *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 89–7367.   WILLIFORD *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.